UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IMMIGRATION SERVICES AND LEGAL ADVOCACY,<br><br>                    *Plaintiff*,<br><br>v.<br><br>ELIZABETH MURRILL, in her official capacity as Attorney General of the State of Louisiana, *et al.*,<br><br>                    *Defendants*. | Case No. 2:25-cv-02421<br>Judge Nannette Jolivette Brown<br>Magistrate Judge Michael North |

## **MOTION FOR EX PARTE EMERGENCY TEMPORARY RESTRAINING ORDER**

Now into Court comes Plaintiff Immigration Services and Legal Advocacy, who moves this Court for an ex parte Temporary Restraining Order to enjoin Defendants from enforcing of La. R.S. 14:130.1(A)(6) against Plaintiff as it seeks to provide Know Your Rights presentations and trainings ("KYRs") to the New Orleans community. On December 3, 2025, a federal operation variously dubbed Operation Swamp Sweep or Operation Catahoula Crunch ("the Operation") began in New Orleans.[1] As ISLA has been requested to provide various KYRs, it fears prosecution by Defendants under La. R.S. 14:130.1(A)(6), in light of Defendant Murrill's statements indicating the law would be broadly enforcement upon the Operation's commencement.[2]

---

[1] Press Release, Department of Homeland Security, *DHS Launches Operation Catahoula Crunch in New Orleans Targeting Criminal Illegal Aliens Released From Jail and Back into American Communities* (Dec. 3, 2025), https://www.dhs.gov/news/2025/12/03/dhs-launches-operation-catahoula-crunch-new-orleans-targeting-criminal-illegal; Jack Brook, *DHS plans to deploy 250 border agents to Louisiana in major immigration sweep, AP sources say,* Associated Press (Nov. 18, 2025), https://apnews.com/article/new-orleans-border-patrol-swamp-sweep-1d30a524e80fa25912a38c3aea79832b.

[2] Attorney General Liz Murril (@AGLizMurrill), X (Nov. 24, 2025 at 12:10 p.m.), https://x.com/AGLizMurrill/status/1993019518512513298; Attorney General Liz Murril (@AGLizMurrill), Facebook (Nov. 24, 2025 at 12:11 p.m.), https://www.facebook.com/AGLizMurrill/posts/be-advised-it-is-against-louisiana-law-to-obstruct-ice-or-border-patrol-the-pena/1380809683712286 (for the same statement).

On November 28, 2025, the ACLU of Louisiana sent a letter to Defendants Hodges and Kirkpatrick, along with other law enforcement agency recipients, copying Defendant Murrill. That letter provided notice to those Defendants that the text of Act 399 (La. R.S. 14:130.1(A)(6)) is unconstitutional and therefore cannot be enforced. *See* Exhibit A. Counsel for Plaintiff will provide a copy of this Motion, its supporting Memorandum, Exhibit A (the letter), and the Proposed Order to all Defendants via email. For the reasons detailed in the attached Memorandum, Plaintiff respectfully requests that this Court issue a Temporary Restraining Order enjoining the prosecution of ISLA under La. R.S. 14:130.1(A)(6) for providing KYRs.

Respectfully submitted,

*/s/Charles Andrew Perry*
*/s/Nora Ahmed*
ACLU Foundation of Louisiana
Charles Andrew Perry
LA Bar No. 40906
Nora Ahmed*
NY Bar No. 5092374
1340 Poydras St., Ste. 2160
New Orleans, LA 70112
Tel: (504) 250-4879
(504) 522-0628
aperry@laaclu.org
nahmed@laaclu.org

# CERTIFICATE OF SERVICE

I certify that I filed the foregoing with the Clerk of Court via the CM/ECF system on December 3, 2025. Summons in this matter have not yet been generated. Accordingly, I certify that I will serve or cause to be served the underlying Complaint in this matter, this Motion and its attachments, and any Order issued by the Court, within three business days of issuance of summons. A courtesy copy of this Motion and its documents, along with the Complaint, will be sent via email to the following email addresses:

MurrillE@ag.louisiana.gov

robert.hodges@la.gov

anne.kirkpatrick@nola.gov

jrw@orleansda.com

*/s/Charles Andrew Perry*