UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IMMIGRATION SERVICES AND LEGAL ADVOCACY** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 25-2421** |
| **ELIZABETH MURRILL, ET AL.** | **SECTION: "G"(5)** |

**ORDER**

Considering Plaintiff Immigration Services and Legal Advocacy's ("Plaintiff") Motion for Temporary Restraining Order,[1]

**IT IS HEREBY ORDERED** that the "Motion for Temporary Restraining Order"[2] is set for hearing on **December 4, 2025 at 9:00 AM CST** at 500 Poydras St., Section G, Room C227, New Orleans, LA 70130. Each side will be allotted 20 minutes for oral argument. The parties should be prepared to address standing and ripeness.

**NEW ORLEANS, LOUISIANA,** this __3rd__ day of December, 2025.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 4.

[2] *Id.*