MINUTE ENTRY
BROWN, J.
DECEMBER 4, 2025
**JS10 – 00:53**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IMMIGRATION SERVICES AND LEGAL ADVOCACY | CIVIL ACTION |
| VERSUS | NUMBER: 25-2421 |
| ELIZABETH MURRILL, ET AL. | SECTION: G |

MOTION HEARING

Court Reporter:   Karen Ibos
Case Manager:    Morgan Palmer
Law Clerk:       Koorosh Famitafreshi

APPEARANCES:
Charles Andrew Perry and Nora Ahmed for plaintiff.
Zachary Faircloth and Phyllis Glazer for defendants Elizabeth Murrill and Robert Hodges.
Donesia D. Turner for defendant Anne Kirkpatrick.
Edward R. McGowan and Brad Scott for defendant Jason Williams.

Case called at 9:12 a.m.

**#4 Emergency Motion for Temporary Restraining Order filed by plaintiff.**

Plaintiff's oral motion to appear pro hac vice for attorney Nora Ahmed GRANTED.

Plaintiff's counsel makes argument.

Plaintiff witness: Romero Lopez, Jr., sworn and testified.

Counsel for defendants make arguments.

Plaintiff's post hearing briefs due by Tuesday, December 9th. Defendants' responses due by Friday, December 12th.

Hearing concluded at 10:05 a.m.