UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IMMIGRATION SERVICES AND LEGAL ADVOCACY,<br><br>                   *Plaintiff*,<br><br>v.<br><br>ELIZABETH MURRILL, in her official capacity as Attorney General of the State of Louisiana, *et al.,*<br><br>                   *Defendants*. | Case No. 2:25-cv-02421<br>Judge Nannette Jolivette Brown<br>Magistrate Judge Michael North |

**NOTICE OF VOLUNTARY DISMISSAL**

On December 4, 2025, counsel for all Defendants agreed that, as Defendant Murrill and Hodges stated in their briefing, La. R.S. 14:130.1(A)(6) does not and will not apply to the Know Your Rights presentations and trainings of Immigration Services and Legal Advocacy "ISLA." *See* ECF No. 7 at 2 & n.1 ("[T]he State's representation . . . bind[s] the State under basic principles of judicial estoppel . . . ."). Defendants all concurred that "Act 399 covers *only* actual obstruction of justice—conduct, especially violent conduct," and not the speech involved in this case. *Id.* at 2 (emphasis added); *id.*, n.2 (identifying violent conduct that the law intends to target); *see also id.* at 3 (explaining that the law is geared toward "the context of violent scenes where defendants have physically inhibited a law-enforcement officer from carrying out his duties"). Defendants Murrill and Hodges underscored that the law's "prohibition on 'any act'—particularly in the obstruction context—'is directed towards conduct, not speech.'" *Id.* Therefore, pursuant to Fed. R. Civ. P. 41, and having reached agreement with Defendants, Plaintiff ISLA voluntary dismisses its Complaint without prejudice.

Dated December 5, 2025                                                    Respectfully submitted,

*/s/Charles Andrew Perry*
*/s/Nora Ahmed*
ACLU Foundation of Louisiana
Charles Andrew Perry
LA Bar No. 40906
Nora Ahmed*
NY Bar No. 5092374
1340 Poydras St., Ste. 2160
New Orleans, LA 70112
Tel: (504) 250-4879
(504) 522-0628
aperry@laaclu.org
nahmed@laaclu.org